FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> GUILLERMO ATONDO-CASTANEDA, <br><br> Defendant - Appellant. | No. 13-10151 <br><br> D.C. No. 2:11-cr-02492-DGC-2 <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted August 18, 2014[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Guillermo Atondo-Castaneda appeals from the district court's judgment and

challenges his guilty-plea conviction and 87-month sentence for conspiracy to

possess with intent to distribute 50 grams or more of actual methamphetamine, in

violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). Pursuant

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

to *Anders v. California*, 386 U.S. 738 (1967), Atondo-Castaneda's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Atondo-Castaneda the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Atondo-Castaneda has waived his right to appeal his conviction and 87-month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**